UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:24-cv-01631-SP | Date | November 18, 2024 |
|---|---|---|---|
| Title | GIDEON OGHENEOGAGA ADAME, et al. v. UR MENDOZA JADDOU | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute

     On August 1, 2024, plaintiffs filed a complaint against defendant Ur Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services. Under Federal Rule of Civil Procedure 4(m), plaintiffs were required to serve defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than October 30, 2024. Because the defendant to be served is the an employee of the United States sued in her official capacity, under Federal Rule of Civil Procedure 4(i), to effect service on defendant, plaintiffs were specifically required to serve the summons and complaint on: (1) the United States Attorney for the Central District of California (by delivering a copy to the United States Attorney or his designee, or by sending a copy by registered or certified mail to the Civil Process Clerk at the United States Attorney's Office for the Central District of California); (2) the United States Attorney General by sending a copy by registered or certified mail to the Attorney General of the United States in Washington, D.C.; and (3) Ur Mendoza Jaddou by sending a copy by registered or certified mail to Ur Mendoza Jaddou.

     The deadline for service has now passed, but plaintiffs have not filed any proof of such service with the court, nor is there any other indication before the court that the complaint has been served on defendant.

     Accordingly, plaintiffs are ORDERED to show cause in writing by **December 2, 2024** why this case should not be dismissed without prejudice for plaintiffs' failure to prosecute and serve defendant within the required time period. Plaintiffs may discharge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:24-cv-01631-SP | Date | November 18, 2024 |
|---|---|---|---|
| Title | GIDEON OGHENEOGAGA ADAME, et al. v. UR MENDOZA JADDOU | | |

this Order to Show Cause by filing, not later than December 2, 2024, proof of complete and proper service of the summons and complaint.

**The court warns plaintiffs that failure to respond to the Order to Show Cause by December 2, 2024, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**