JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIDEON OGHENEOGAGA ADAME, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>UR MENDOZA JADDOU,<br>　　　　　Defendant. | Case No. CV 24-01631-SP<br><br>**ORDER DISMISSING CASE FOR LACK OF PROSECUTION** |

　　　Plaintiffs filed a complaint to initiate this action on August 1, 2024, naming Ur Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services, as the defendant. Under Federal Rule of Civil Procedure 4(m), plaintiffs were required to serve defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than October 30, 2024. The deadline for service passed without plaintiffs filing proof of service of the summons and complaint. Because defendant Jaddou was an employee of the United States sued in her official capacity, plaintiffs were required to serve the summons and complaint on: (1) the United States Attorney for the Central District of California; (2) the United States Attorney General; and (3) defendant Jaddou under Federal Rule of Civil Procedure 4(i). There is no indication before the Court that

the summons and complaint have been served at all, much less properly served on defendant.

Accordingly, on November 18, 2024, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute. The Court ordered plaintiffs to show cause in writing by December 2, 2024 why the case should not be dismissed without prejudice for plaintiffs' failure to prosecute and serve defendant within the required time period. The Court further stated that plaintiffs could discharge the Order to Show Cause by filing, not later than December 2, 2024, proof of service of the summons and complaint. The Court explicitly warned plaintiffs that failure to respond by December 2 may result in dismissal.

More than four months have passed since the December 2 deadline, and plaintiffs have neither filed proof of service nor responded in any way to the Order to Show Cause. Rule 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time," unless plaintiff shows good cause to extend the time for service. Fed. R. Civ. P. 4(m). The Court has already ordered service by December 2, 2024, and given plaintiffs an opportunity to respond to the Order to Show Cause. Plaintiffs have not responded to the Order to Show Cause in any fashion. As such, dismissal without prejudice is warranted for failure to effect service and prosecute this action.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

DATED: April 10, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE